UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

Case No.  2:22-cv-03868-AFM                                        Date:  July 20, 2022

Title  <u>BackGrid USA, Inc. v. iHeartMedia, Inc. et al</u>

Present: The Honorable:    <u>ALEXANDER F. MacKINNON, U.S. Magistrate Judge</u>

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**  ORDER
(1) DISCHARGING ORDER TO SHOW CAUSE (ECF No. 10)
(2) EXTENDING DEFENDANT'S DEADLINE TO FILE A RESPONSE TO THE COMPLAINT

  In response to the Order to Show Cause (ECF No. 10), on July 20, 2022, the parties filed a Joint Stipulation for Enlargement of Time for Defendant to Answer, or Otherwise Respond to Complaint and requesting the Court to extend the deadline to file a response to August 29, 2022. (ECF No. 11.)  The Court deems that response satisfactory and orders the Order to Show Cause discharged.

  The parties' request to extend the time to file a response to the Complaint is granted. Defendant iHeart Media, Inc. shall file a response no later than August 29, 2022.

  IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |